IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN M. REYNOLDS, ) | No. C 11-4061 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Respondent. ) | |

On August 19, 2011, Petitioner, a state prisoner proceeding *pro se*, filed the instant habeas corpus petition, pursuant to 28 U.S.C. § 2254. That same day, the Court sent a notification to Petitioner informing him that he did not file a completed in forma pauperis application, nor did he pay the required filing fee. The Court provided a copy of the in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. To date, Petitioner has not communicated with the Court. As Petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED:   9/29/11

LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.LHK\HC.11\Reynolds061disifp.wpd